AUGUSTUS P. PHELPS agt. ELIHU WASSON and EPHRAIM McKEE.

Where a notice of motion to change the venue asks for costs, costs will be allowed plaintiff for appearing to oppose the motion.

*April Term,* 1846.

THIS was a motion by defendant to change the venue from the county of Chemung to the county of Catta-[*127] raugus. The defendants asked for *costs in their notice of motion. Plaintiff's counsel did not oppose the motion, otherwise than to ask for costs against defendants, for being compelled to attend to prevent costs being taken against plaintiff by default.

M. T. REYNOLDS, *defendants' counsel.*
M. B. CHAMPLIN, *defendants' attorney.*
N. HILL, JR., *plaintiff's counsel.*
E. & G. E. QUIN, *plaintiff's attorneys.*

BEARDSLEY, Justice. Granted the motion : the defendants to pay $7 costs for opposing.